**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Larry Eugene REED, Defendant–
Appellant.**

No. 08–7710.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2008.

Decided: Oct. 28, 2008.

Larry Eugene Reed, Appellant Pro Se. Michael R. Smythers, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Eugene Reed appeals the district court's orders denying his 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp.2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Reed,* No. 4:96–cr–00022–RAJ–3 (E.D. Va. July 9 & Aug. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*